FILED
CLERK, U.S. DISTRICT COURT
FEB 28 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                       DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| DEMETRIOUS GREEN, | No. CV 05-8759-JVS (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| K. PROSPER, Warden | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 2.21.08

HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE